**STAR HOUSTON, INC. d/b/a Star Motor Cars, Petitioner,**

v.

**Steve SHEVACK, Respondent.**

No. 94–1129.

Supreme Court of Texas.

April 27, 1995.

Josh M. Harrison, The Woodlands, for petitioner.

William J. Robertson, Houston, for respondent.

PER CURIAM.

Petitioner's application for writ of error is denied. The Court neither approves nor disapproves of the court of appeals' discussion of mental anguish damages. 886 S.W.2d 414, 418–21.